1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GARY FOWLER,                               No.  2:16-cv-2131 CKD P

12                  Plaintiff,

13        v.                                     ORDER

14   STEVEN SMITH, et al.,

15                  Defendants.

16

17        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18   U.S.C. § 1983, together with a request to proceed in forma pauperis.  In his complaint, plaintiff

19   alleges violations of his civil rights which took place in Tuolumne County.   Tuolumne County is

20   part of the Fresno Division of the United States District Court for the Eastern District of

21   California.  See Local Rule 120(d).

22        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

23   division of a court may, on the court's own motion, be transferred to the proper division of the

24   court.  Therefore, this action will be transferred to the Fresno Division of the court.

25        Good cause appearing, IT IS HEREBY ORDERED that:

26        1.  This action is transferred to the United States District Court for the Eastern District of

27   California sitting in Fresno; and

28   /////

                                            1

1        2.  All future filings shall reference the new Fresno case number assigned and shall be

2    filed at:

3                        United States District Court
                        Eastern District of California
4                        2500 Tulare Street
                        Fresno, CA 93721

5    Dated:  September 21, 2016

6                                                          _____
                                                          CAROLYN K. DELANEY
7                                                          UNITED STATES MAGISTRATE JUDGE

8

9

10   1/kly

     fowl2131.22
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            2